Page 1

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Frazier, Rosalyn V | Case Number:  04 B 27415 |
| | Judge:  Wedoff, Eugene R |
| Printed: 02/24/09 | Filed:  7/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed:  December 18, 2008
Confirmed:  September 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 9,700.00 | |
| Secured: | | 5,698.50 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,625.00 |
| Trustee Fee: | | 476.50 |
| Other Funds: | | 900.00 |
| Totals: | 9,700.00 | 9,700.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,625.00 | 2,625.00 |
| 2. | Wells Fargo Home Mortgage | Secured | 0.00 | 0.00 |
| 3. | Nationwide Acceptance Corp | Secured | 0.00 | 0.00 |
| 4. | Wells Fargo Home Mortgage | Secured | 3,309.44 | 1,234.70 |
| 5. | Ford Motor Credit Corporation | Secured | 6,228.58 | 4,463.80 |
| 6. | MCSI | Unsecured | 10.00 | 0.00 |
| 7. | Nationwide Acceptance Corp | Unsecured | 72.71 | 0.00 |
| 8. | Ford Motor Credit Corporation | Unsecured | 532.25 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 16.30 | 0.00 |
| 10. | Bally Total Fitness | Unsecured | | No Claim Filed |
| 11. | Capital One | Unsecured | | No Claim Filed |
| 12. | Cb Of Lancaster | Unsecured | | No Claim Filed |
| 13. | Chicago Post Office Employee C U | Unsecured | | No Claim Filed |
| 14. | Credit Protection Association | Unsecured | | No Claim Filed |
| 15. | Dallas Cotto | Unsecured | | No Claim Filed |
| 16. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 17. | Ferleger & Associates LTD | Unsecured | | No Claim Filed |
| 18. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 19. | Credit Protection Association | Unsecured | | No Claim Filed |
| 20. | MBGA/JC Penney | Unsecured | | No Claim Filed |
| 21. | Illinois Collection Service | Unsecured | | No Claim Filed |
| 22. | Medclr / Emergency 1087 | Unsecured | | No Claim Filed |
| 23. | NCO Financial Systems | Unsecured | | No Claim Filed |
| 24. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 25. | Nationwide Acceptance Corp | Unsecured | | No Claim Filed |
| 26. | Providian Bancorp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Frazier, Rosalyn V

Printed: 02/24/09

Case Number: 04 B 27415
Judge: Wedoff, Eugene R
Filed: 7/23/04

## DISBURSEMENT DETAIL

| Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|
| 27. NCO Financial Systems | Unsecured | | No Claim Filed |
| 28. MBGA/JC Penney | Unsecured | | No Claim Filed |
| 29. Spiegel | Unsecured | | No Claim Filed |
| | | $ 12,794.28 | $ 8,323.50 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 116.99 |
| 4% | 12.01 |
| 3% | 18.00 |
| 5.5% | 137.49 |
| 5% | 45.01 |
| 4.8% | 72.00 |
| 5.4% | 55.20 |
| 6.6% | 19.80 |
| | $ 476.50 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*